[No. 5774.]

## THOMAS WATSON *v.* H. R. CORNELL ET ALS.

TRANSCRIPT — CERTIFICATE OF CLERK. — If the transcript does not contain a copy of the undertaking on appeal, and the certificate of the Clerk is not in conformity with sec. 953, Code Civil Procedure, the appeal will be dismissed.

APPEAL from the District Court of the Twenty-first Judicial District, County of Lassen.

Plaintiff appeals.
Action brought for diversion of water.

*E. V. Spencer,* for Appellant.

*Jno. S. Chapman,* for Respondent.

Judgment was rendered in favor of defendant May 3rd, 1877. Notice of appeal was served and filed July 18th, 1877. The Clerk certifies * * * "that a good and sufficient undertaking on appeal in due form of law has been executed, and is now on file in said action in my office."

Respondent moved to dismiss the appeal.

By the COURT:

The record does not contain a copy of the undertaking on appeal, nor does the certificate of the Clerk, so far as it relates to the undertaking on appeal, conform to sec. 953 of the Code of Civil Procedure.

Appeal dismissed, without prejudice to another appeal.